IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKE L. LIGHT , ) | |
| ) | |
| Plaintiff, ) | No. 1:06-cv-01355 (RCL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   January 12 2007

                                                          Respectfully submitted,

                                                             /s/ Beatriz T. Saiz
                                                          BEATRIZ T. SAIZ
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          P.O. Box 227
                                                          Washington, D.C.  20044
                                                          Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 12, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Mike L. Light
>720 Henly Loop
>Dripping Springs, TX 78620

>_/s/ Beatriz T. Saiz_
>BEATRIZ T. SAIZ