UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKE L. LIGHT,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 06-1355 (RCL) |
| **UNITED STATES,** | ) |
| **Defendant.** | ) |

## ORDER

Defendant the United States filed a motion to dismiss on January 12, 2007. Plaintiff is proceeding *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se plaintiff of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise plaintiff that he must respond to defendant's previously filed motion within fourteen days of the date of this Order. If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 4, 2007.