UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKE L. LIGHT,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1355 (RCL) |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Having considered the United States' Motion to Dismiss [3], the supporting memorandum of points and authorities, the lack of opposition thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this Order to the persons listed below.

    Beatriz T. Saiz
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington DC 20044

    Mike L. Light
    720 Henly Loop
    Dripping Springs, TX 78620

SO ORDERED.
Signed by United States District Judge Royce C. Lamberth, May 4, 2007.